*Augustus C. Studer, Jr., Theodore H. Burgess* and *Parker Fulton* for the Akron, Canton & Youngstown Railroad Co. et al., appellees.

No. 581. PYEATTE *v.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Paul W. Updegraff* for appellant. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Fred Hansen,* First Assistant Attorney General, for appellees.

No. 520. CENTRAL RAILROAD CO. OF NEW JERSEY *v.* DIRECTOR, DIVISION OF TAX APPEALS OF THE DEPARTMENT OF THE TREASURY. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. THE CHIEF JUSTICE, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON are of the opinion that probable jurisdiction should be noted. *James D. Carpenter* and *Judson C. McLester, Jr.* for appellant. *Theodore D. Parsons,* Attorney General of New Jersey, and *Bejamin C. Van Tine,* Deputy Attorney General, for appellee.

No. 540. COX *v.* PETERS ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted. *W. S. Allen, Hamilton Douglas, Jr., C. Baxter Jones, Jr.* and *David L. Mincey* for appellant. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney